FILED

MAY 11 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE CIRUJEDA MASTACHE,<br><br>Plaintiff,<br><br>v.<br><br>US CUSTOMS, OTAY MESA BORDER STATION, GSA, and DOES 1-100,<br><br>Defendants. | Case No.: 15-CV-2713-BEN (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

Before this Court is a Joint Motion to Dismiss with Prejudice, filed by Plaintiff Jasmine Cirujeda Mastache and Defendants United States Customs, Otay Mesa Border Station, and GSA. (Docket No. 14.) For good cause shown, the Joint Motion is **GRANTED**. The case is **DISMISSED WITH PREJUDICE**. Each Party shall bear its own fees and costs. The Clerk may close the case.

**IT IS SO ORDERED.**

Dated: May _11_, 2016

HON. ROGER T. BENITEZ
United States District Judge